IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   17-CR-114-JED |
| | ) | |
| JEFFREY RAY TOWNSEND, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

In the Government's Response (Doc. 16) to Defendant Jeffrey Ray Townsend's Motion to Suppress (Doc. 15), the Government offered to provide to the Court copies of the images allegedly shared by Defendant during Skype chats with third persons. (*See* Doc. 16 at 3, n. 6). The Court hereby requests that the Government provide those images to the Court under seal within the next two weeks.

**SO ORDERED** on this 9th day of March, 2018.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE